UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 10-10648

NEW YORK LIFE INSURANCE CO.,
    Plaintiff(s),

-v-

CHRISTINE M. A. PRUDEN, ET.AL,
    Defendant(s).
_____/

ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on February 26, 2009.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of subject matter jurisdiction and the Plaintiff having filed an amended complaintl, therefore;

IT IS ORDERED that the Court's Order to Show Cause for lack of subject matter jurisdiction be and the same is hereby SET ASIDE.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: February 26, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 26, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager