**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NEW YORK LIFE INSURANCE COMPANY, a
New York mutual life insurance company,

      *Plaintiff*,

v.

           Civil Action No. 2:10-cv-10648
           District Judge Patrick J. Duggan
           Magistrate Judge Mona K. Majzoub

CHRISTINE M.A. PRUDEN, Personal
Representative of the ESTATE OF WILLIAM D.
HAUGHIE, Deceased, and MARIA T. JAMISON,
an individual,

      *Defendants*.

---

**STIPULATION FOR DISTRIBUTION OF LIFE INSURANCE**
**PROCEEDS AND DISMISSAL OF CASE WITH PREJUDICE**

It is hereby stipulated to and agreed to by and between the attorneys for the respective parties

that this Interpleader Action brought by Plaintiff New York Life Insurance Company ("New York

Life") regarding the distribution of death benefits from two life insurance policies issued by New

York Life to the decedent William D. Haughie, being Policy Nos. 25736188 and 32863289 (the

"Policies"), against Defendants Christine M.A. Pruden ("Pruden"), as Personal Representative of the

Estate of William D. Haughie, Deceased, and Maria T. Jamison ("Jamison"), shall be resolved as

follows:

    1.    Payment by New York Life to Defendant Pruden the amount of $6,000.00;

    2.    Payment by New York Life to Defendant Jamison and James M. Pelland, PLLC, jointly, the amount of $6,000.00;

    3.    The balance of the life insurance proceeds, with interest as of 4/29/10, of $4031.71 shall be retained by New York Life as its reasonable costs and attorneys' fees incurred in bringing this action, although the Defendants acknowledge that the amount retained by New York Life may not compensate New York Life in full, its costs and attorneys' fees having exceeded such amount;

4.    Defendants shall be enjoined from commencing any other actions or proceedings against New York Life seeking payment from the Policies; and

5.    The parties agree that the Court should issue the attached Stipulated Order dismissing this matter with prejudice.

**SO STIPULATED**:

By: /s/Sheri B. Cataldo
SHERI B. CATALDO (P39276)
KEVIN S. TOLL (P69611)
Sullivan, Ward, Asher & Patton, P.C.
*Attorneys for Plaintiff New York Life Ins. Co.*
25800 Northwestern Highway, Suite 1000
Southfield, MI 48075
(248) 746-0700
scataldo@swappc.com


By: /s/ with consent of James M. Pelland
JAMES M. PELLAND (P51237)
James M. Pelland, PLLC
*Attorneys for Defendant Maria Jamison*
409 Plymouth Road, Suite 270
Plymouth, MI 48710
(734) 392-0867
james@pellandlaw.com

By: /s/ with consent of Thomas J. Hendrickson
THOMAS J. HENDRICKSON (P56008)
The Law Offices of Thomas J. Hendrickson
*Attorneys for Defendant Christine M.A. Pruden, Personal Representative of the Estate of William D. Haughie, Deceased*
407 South Brown Street
Jackson, MI 49203
(517) 768-1703
minycesq1@sbcglobal.net

W0872134v2/NYL-124253

**NEW YORK LIFE INSURANCE COMPANY**, a
New York mutual life insurance company,

     *Plaintiff*,

v.

**CHRISTINE M.A. PRUDEN**, Personal
Representative of the **ESTATE OF WILLIAM D.
HAUGHIE**, Deceased, and **MARIA T. JAMISON**,
an individual,

     *Defendants*.

Civil Action No. 2:10-cv-10648
District Judge Patrick J. Duggan
Magistrate Judge Mona K. Majzoub

## ORDER FOR DISTRIBUTION OF LIFE INSURANCE PROCEEDS
## AND DISMISSAL OF CASE WITH PREJUDICE

At a session of said Court
held in the U.S. District Courthouse
in Detroit, Wayne County, Michigan
on the 7th day of May, 2010.

PRESENT:  HON. PATRICK J. DUGGAN
                   U.S. DISTRICT COURT JUDGE

The parties having stipulated to the entry of this Order for Distribution of Life Insurance

Proceeds and Dismissal of Case with Prejudice; and the Court being otherwise fully advised in the

premises and having considered this matter:

**IT IS ORDERED** that Plaintiff NEW YORK LIFE INSURANCE COMPANY shall pay to

Defendant CHRISTINE M.A. PRUDEN, Personal Representative of the ESTATE OF WILLIAM D.

HAUGHIE, Deceased, the sum of $6,000.00;

**IT IS FURTHER ORDERED** that Plaintiff NEW YORK LIFE INSURANCE COMPANY shall

pay to Defendant MARIA T. JAMISON and James M. Pelland, PLLC, jointly, the sum of $6,000.00;

**IT IS FURTHER ORDERED** that Defendants CHRISTINE M.A. PRUDEN, Personal Representative of the ESTATE OF WILLIAM D. HAUGHIE, Deceased, and MARIA T. JAMISON, be and hereby are **PERMANENTLY ENJOINED** from commencing any other actions or proceedings against Plaintiff NEW YORK LIFE INSURANCE COMPANY seeking payment on New York Life Insurance Policy Nos. 25736188 and 32863289, which are the life insurance policies that are the subject matter of this litigation;

**IT IS FURTHER ORDERED** that Plaintiff NEW YORK LIFE INSURANCE COMPANY is **AWARDED** the sum of $4,031.71as its reasonable costs and attorneys' fees incurred in bringing this action, the aforementioned sum representing the remaining balance on the life insurance policies at issue in this litigation;

**IT IS FURTHER ORDERED** that this matter is dismissed **WITH PREJUDICE** in its entirety; and

**IT IS FURTHER ORDERED** that this Order resolves the last pending claim and closes the case.

**IT IS SO ORDERED**.


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: May 7, 2010 May 7, 2010
I hereby certify that a copy of the foregoing document was served upon counsel of record on Friday, May 07, 2010May 7, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager